HARRY ERIKSSON, Appellant, *v.* REFINERS EXPORT COMPANY, INC., Respondent. (Action No. 1.)

Argued March 8, 1943; decided April 15, 1943.

*Forrest E. Single* for appellant.

*James F. Dwyer* and *Harold H. Meyers* for respondent appearing specially.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND. JJ.